IN THE MATTER OF WILLIAM J. MAIONE, AN ATTORNEY
AT LAW (ATTORNEY NO. 010491982).

October 21, 2010.

## ORDER

This matter having been duly presented to the Court on the application of the Office of Attorney Ethics recommending that **WILLIAM J. MAIONE** of **MENDHAM,** who was admitted to the bar of this State in 1982, be transferred to disability inactive status pursuant to *Rule* 1:20–12;

And it appearing that **WILLIAM J. MAIONE** lacks the capacity to practice law;

And good cause appearing;

It is ORDERED that **WILLIAM J. MAIONE,** is hereby transferred to disability inactive status pursuant to *Rule* 1:20–12, effective immediately, and until the further Order of the Court; and it is further

ORDERED that **WILLIAM J. MAIONE,** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **WILLIAM J. MAIONE,** comply will *Rule* 1:20–20 governing incapacitated attorneys.